IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JIMMY JOSEPH,
    Petitioner,

vs.                                      Case No. 3:08cv328/MCR/EMT

RON McNESBY,
    Respondent.
_____/

**O R D E R**

        Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). The court notes that Petitioner has neither applied for leave to proceed in forma pauperis nor paid the filing fee. Before this matter may proceed, Petitioner must either pay the filing fee or obtain leave to proceed in forma pauperis by filing a fully and properly completed application and attachments.

        The court also notes that Petitioner failed to file his petition on the court-approved form for use in section 2254 cases. Local Rule 5.1(J) for the Northern District of Florida states that the court will not accept for consideration an application for writ of habeas corpus under section 2254 unless the appropriate petition form is properly completed and filed. Thus, Petitioner must file an amended petition on the form for use in section 2254 cases. Petitioner is advised that the amended petition must contain all of his allegations, and it should not in any way refer to the original pleading. The amended petition completely replaces all previous petitions; when an amended petition is filed, all earlier petitions are disregarded. Local Rule 15.1, Northern District of Florida.

        Petitioner must also submit a complete copy for each named Respondent and for the Attorney General of the State of Florida. Therefore, Petitioner must submit two (2) complete copies of the amended petition.

        Accordingly, it is **ORDERED**:

1.       The clerk shall send Petitioner a copy of the form for use in Section 2254 cases and an application to proceed in forma pauperis.  This case number should be written on the form.

2.       Petitioner shall have **THIRTY (30) DAYS** from the date of docketing of this order in which to either pay the filing fee of $5.00 or submit a fully completed application to proceed in forma pauperis, file an amended habeas petition, which shall be typed or clearly written, submitted on the court form, and marked "Amended Petition."  Additionally, Petitioner shall provide two (2) service copies of the amended petition.

3.       Petitioner's failure to comply with this order may result in a recommendation of dismissal of this action for failure to comply with an order of the court.

**DONE AND ORDERED** this 4th day of August 2008.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**